IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JAY DEE DAVISSON, | CV 24-81-BU-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DEER LODGE SHERIFF's DEPARTMENT, ET AL., | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 28th day of July, 2025.

Donald W. Molloy, District Judge
United States District Court